UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BLACKSHEAR,

        Plaintiff,

v.                             Case No. 3:08-cv-927-J-34JRK

SGT. BAILEY, et al.,

        Defendants.

### ORDER

The Court has been advised that this case has been settled. <u>See</u> Mediator's Notice of Cancellation of Mediation (Doc. #57), filed January 12, 2011.

Accordingly, it is now

**ORDERED:**

1. The parties shall have until **February 9, 2011**, to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed the appropriate documents to close out this file or a request for extension of time by the **February 9, 2011** deadline, this case will automatically be deemed

to be dismissed without prejudice.  The Clerk shall close the file now, subject to reopening by the **February 9, 2011** deadline.

    3.   The Clerk of Court shall terminate any pending motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of January, 2011.

MARCIA MORALES HOWARD
United States District Judge

sc 1/12
c:
Counsel of Record