UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BLACKSHEAR,

    Plaintiff,

v.                               CASE NO.: 3:08-cv-00927-MMH-JRK

SGT. BAILEY, et al.,

    Defendants.

_____

## NOTICE REGARDING DISPUTE AS TO SETTLEMENT

Pursuant to this Court's January 12, 2011 Order, Plaintiff Michael Blackshear, hereby files this Notice that he disputes that a settlement was reached by the parties in this matter. Mr. Blackshear respectfully requests that this Court not close this file as contemplated by the January 12, 2011 Order.

                                          LILES, GAVIN, COSTANTINO, GEORGE
                                          & DEARING, P.A.

                                          /s/ Robert B. George
                                          Robert B. George, Esq.
                                          Florida Bar No.: 0108995
                                          225 Water Street, Suite 1500
                                          Jacksonville, FL  32202
                                          Telephone:  (904) 634-1100
                                          Facsimile:  (904) 634-1234
                                          e-mail: rgeorge@lilesgavin.com

                                          Limited Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2011, a true copy of the foregoing was served electronically using the Court's CM/ECF system upon all parties entitled to such notice, and to the following by first class mail, postage prepaid:

>Mr. Michael Blackshear
>3800 5th Street
>St. Cloud, FL 34769

                          /s/ Robert B. George
                                Attorney