```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

**MICHAEL BLACKSHEAR,**
DC# 302122
**Plaintiff,**
v.                                  Case No.: 3:08-cv-927-J-34JRK

**SGT. BAILEY, et al.,**

**Defendants.**
**_____/**

### DEFENDANTS' NOTICE REGARDING SETTLEMENT

Pursuant to the Court's Order dated January 12, 2011 (Doc. 58), Defendants hereby provide notice to the Court that it is their position that a fully enforceable settlement was reached in this action. Defendants have prepared a motion to enforce the settlement and are addressing the matter with opposing counsel per Middle District of Florida Local Rule 3.01(g), and will file the Motion after the consultation is complete.

                        Respectfully Submitted,

                        **PAMELA JO BONDI**
                        **ATTORNEY GENERAL**

                        <u>s/ Jonathan P. Sanford</u>
                        Jonathan P. Sanford
                        Assistant Attorney General
                        Florida Bar No. 0086400
                        OFFICE OF THE ATTORNEY GENERAL
                        The Capitol, Suite PL-01
                        Tallahassee, Florida 32399-1050
                        Telephone - (850) 414-3300
                        Facsimile - (850) 488-4872
                        jonathan.sanford@myfloridalegal.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically via the Court's CM/ECF system to: **Robert B. George, Esquire**, Liles, Gavin, Constantino & George, 225 Water Street, Suite 1500, Jacksonville, Florida 32202; and to **Ginger Barry Boyd, Esquire**, Broad and Cassel, 200 Grand Boulevard Suite 205A, Destin, Florida 32550, on this 9th day of February, 2011.

                                        <u>s/ Jonathan P. Sanford</u>
                                        Jonathan P. Sanford