FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 FEB 16  PM 12: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

MICHAEL BLACKSHEAR,

    Plaintiff,

vs.                                        CASE NO.: 3:08-cv-927-J-34JRK

SGT. BAILEY, et al.,

    Defendants.

---

**RESPONSE BY MEDIATOR TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME AND MOTION OF NOTICE
THAT NO SETTLEMENT HAS BEEN AGREED UPON BY PLAINTIFF**

A court appointed mediator, Carle A. Felton, Jr., responds to Plaintiff's Motion for Extension of Time and Motion of Notice That No Settlement Has Been Agreed Upon By Plaintiff, as follows:

1. Carle Felton is the court appointed mediator in the referenced action.

2. Mediation was scheduled to be held on January 11, 2011.

3. No Mediation took place, as the mediator was advised that a settlement between the parties had been reached on January 10, 2011.

4. At no time did Carle Felton have any contact directly with Michael Blackshear. Carle Felton's only contact was through Mr. Blackshear's attorney, Robert George.

5. As a result of the reported settlement, Carle Felton filed a Notice of Cancellation of Mediation.

Dated this __15th__ day of February, 2011.

RESPECTFULLY SUBMITTED,

CARLE A. FELTON, JR. - **Mediator**
Florida Bar No.: 166857
Certification No: 8498R
231 East Adams Street
Jacksonville, FL 32202
(904) 493-5001
(904) 493-5004 - FAX
cfelton@bendinc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail, this __15th__ day of February, 2011, to:

Robert George, Esquire
225 Water Street, Ste. 1500
Jacksonville, FL 32202
Attorney for Plaintiff

Jonathan Sanford, Esquire
The Capitol, Suite PL-01
Tallahassee, FL 32399-1050
Attorney for Defendants

Michael Blackshear
3800 5th Street
St. Cloud, FL 34769
Plaintiff

CARLE A. FELTON, JR.