UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2011 FEB 18 AM 11:57
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

MICHAEL BLACKSHEAR,
   PLAINTIFF,

VS.          CASE NO: 3:08-CV-927-J-34JRK

Sgt. BAILEY, et al.,
   DEFENDANTS.

## MOTION FOR APPOINTMENT OF COUNSELOR

Comes Now, the plaintiff Michael Blackshear, Pro Se, Litigant acting as the undersign, in the above style cause pursuant too 42 USC, Section 1983, and respectfully petition this honorable federal court for an order granting the plaintiff appointment of federal counsel too represent the plaintiff in his pending hearing and/or trial and to take over representation of the entire case filed under 42 U.S.C., Section 1983 - asserting as follow;

1. The Plaintiff is a pro se, petitioner in this instant cause, and is unskilled in the area of Civil Law.

2. The Plaintiff asserts that the Constitution of the United States of America, pursuant too the 6th Amendment Clause mandate this Honorable Federal Court to appoint Counsel too him in this Cause.

3. The Plaintiff contends that he must be allowed the appointment and assistance of Counsel in this Cause to represent him too the fullest and in his best interest in accordance too the law, with Due Process of the Law and Equal Protection of the Law on his behalf, Due to a Conflict of Interest.

4. The Plaintiff asserts that too allow him too proceed without Counsel would be a fundamental miscarriage of Justice too him.

5. The Plaintiff asserts that appointment of Counsel too remain in this 42 U.S.C. Section 1983 - would'nt prejudice the Defendants, in that Defendant's are represented by Counsel, because they are financially able or have the protection and assistance from their Employer's. The Plaintiff is currently at the Transition House in Treatment and cannot afford a Counselor

6. The Plaintiff argues that to Deny the Appointment of Counsel would be fundamentally unfair, and would result in a manifest injustice, because the "ends of justice" would be defeated in this cause, and any judgment in favor of the Defendants, would be a denial of the Plaintiff Constitutional Rights under the Due Process.

Wherefore, the Plaintiff prays that this Honorable Federal Court would grant this Appointment of Counsel Petition so as too allow the Plaintiff Constitutional Rights too be protected in any further proceedings in this cause as a matter of law under the United States Constitution, in particular to the protective language of the 14th Amendment Clause. Signed this ___ Day of _____ 2011

Respectfully Submitted

Mike [signature] Pro Se
Michael Blackshear, Pro Se
3800 5th Street
St. Cloud, Florida
34769

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that A True and Correct Copy of this petition has Been Forwarded By U.S. Mail For processing + Mailing too the Clerk of Court, U.S. District Court, Middle District of Florida, Jax, Div., 300 North Hogan St. Suite 9-150 Jacksonville, Fla 32202-4271

Signed this 16th Day of Feb., 2011

Respectfully Submitted,

Mike  Pro se

Michael Blackshear
3800 5th Street
St. Cloud, Fla.
34769