UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BLACKSHEAR,

    Plaintiff,

v.                              CASE NO.: 3:08-cv-00927-MMH-JRK

SGT. BAILEY, et al.,

    Defendants.

## NOTICE OF CHARGING LIEN

**NOTICE IS HEREBY GIVEN** that the firm of LILES, GAVIN, COSTANTINO, GEORGE & DEARING, P.A. (hereinafter "The Firm") of 225 Water Street, Suite 1500, Jacksonville, Florida 32202, claims a lien for $189.04 in expenses paid on behalf of Plaintiff Michael Blackshear. This lien arose in connection with The Firm's representation of Mr. Blackshear in the above-styled action. Specifically, the expenses were paid on Mr. Blackshear's behalf for bus fare and hotel costs so that he could attend the scheduled mediation and comply with the Court's Order Referring Case to Mediation.

Currently, there is a dispute between the parties as to whether a settlement was reached on or about January 10, 2011, the day before the scheduled mediation. As a result of this dispute, a conflict has arisen between the undersigned and Mr. Blackshear. The undersigned counsel has filed a Motion to Withdraw as Counsel and Mr. Blackshear subsequently filed a Motion for Appointment of Counselor. If the undersigned's Motion to Withdraw as Counsel is granted, the Firm would like to recover its expenses from the

settlement (should the Court enforce the alleged settlement) or any subsequent settlement or judgment in the above-styled case.

The Firm's lien is limited to the expenses paid on behalf of Mr. Blackshear for bus fare and hotel costs. The lien does not include (and The Firm is not seeking) any payment for the reasonable value of its legal services rendered in this matter.

                              LILES, GAVIN, COSTANTINO, GEORGE
                                        & DEARING, P.A.

/s/ Robert B. George
Robert B. George, Esq.
Florida Bar No.: 0108995
225 Water Street, Suite 1500
Jacksonville, FL 32202
Telephone: (904) 634-1100
Facsimile: (904) 634-1234
e-mail: rgeorge@lilesgavin.com

Limited Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, a true copy of the foregoing was served electronically using the Court's CM/ECF system upon all parties entitled to such notice, and to the following by first class mail, postage prepaid:

        Mr. Michael Blackshear
        3800 5th Street
        St. Cloud, FL 34769

                                      /s/ Robert B. George
                                          Attorney