UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL BLACKSHEAR,

    Plaintiff,

v.                                Case No. 3:08-cv-927-J-34JRK

SGT. BAILEY, et al.,

    Defendants.

### ORDER

1. Defendants' Unopposed Emergency Motion for Continuance of Evidentiary Hearing on Motion to Enforce Settlement (Doc. #73) is **GRANTED** to the extent that the evidentiary hearing, scheduled on June 22, 2011, is canceled.

2. The Court having been advised that Plaintiff signed the settlement agreement on June 18th, the parties shall have until **July 18, 2011**, to file a joint motion for dismissal or other appropriate documents to close out this file.

3. Defendants' Verified Motion to Enforce the Settlement (Doc. #67) is **DENIED** without prejudice as moot.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of June, 2011.

MARCIA MORALES HOWARD
United States District Judge

```
sc 6/21
c:
Michael Blackshear
Robert Bruce George
Attorney General's Office
Courtroom Deputy, U.S. District Judge
U.S. Marshal
Court Reporter
```